UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FA' DEE MULAZIM,

    Plaintiff,

v.
                                    Case No. 00-72463
                                    HONORABLE DENISE PAGE HOOD

CHARLES E. BRADDOCK,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT
## AND MOTION TO APPOINT COUNSEL

On June 15, 2000, this case was transferred to the United States District Court, Western District of Michigan, located in Lansing, Michigan. Plaintiff filed the instant motion in this district, the Eastern District of Michigan. Plaintiff's motion should have been filed with the Clerk of the Court, United States District Court, Western District of Michigan, Federal Building, 315 West Allegan Street, Room 113, Lansing, MI 48933.

Accordingly,

IT IS ORDERED that Plaintiff's Motion for Relief from Judgment (**No. 8, filed 8/8/2012**) is DENIED without prejudice, the Court having no authority to review the motion.

Dated: September 14, 2012
                                            S/Denise Page Hood
                                            Denise Page Hood
                                            United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 14, 2012, by electronic and/or ordinary mail.

                                            S/LaShawn R. Saulsberry
                                            Case Manager